AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Precision CPAP, Inc.; MedicalPlace, Inc; , et al.

V.

Jackson HospitaL, Med-South, Inc., et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1096-B

TO: (Name and address of Defendant)

JACKSON HOSPITAL
c/o Donald Henderson
Chieif Executive Officer
1722 Pine Street
Montgomery, Alabama 36106

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BRIAN M. CLARK, ESQ.
WIGGINS, CHILDS, QUINN & PANTAZIS
THE KRESS BUILDING
301 19TH STREET NORTH
BIRMINGHAM, ALABAMA 35203

an answer to the complaint which is served on you with this summons, within ~~20~~ 30 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(v) CLERK

DATE 11/21/05

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Precision CPAP, Inc.; MedicalPlace, Inc; , et al.

V.

Jackson HospitaL, Med-South, Inc., et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1096-B

TO: (Name and address of Defendant)

Med-South, Inc.
c/o Patrick Williams
President and CEO
406 Medical Center Drive
Jasper, Alabama 35501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BRIAN M. CLARK, ESQ.
WIGGINS, CHILDS, QUINN & PANTAZIS
THE KRESS BUILDING
301 19TH STREET NORTH
BIRMINGHAM, ALABAMA  35203

an answer to the complaint which is served on you with this summons, within ___30 20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                           11/21/05
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Precision CPAP, Inc.; MedicalPlace, Inc; , et al.

V.

Jackson HospitaL, Med-South, Inc., et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1096-B

TO: (Name and address of Defendant)

JMS Health Services, L.L.C.
d/b/a Jackson Med-South Home Health, L.L.C.
c/o William T. Carlson, Jr.
1722 Pine Street
Montgomery, Alabama 36106

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BRIAN M. CLARK, ESQ.
WIGGINS, CHILDS, QUINN & PANTAZIS
THE KRESS BUILDING
301 19TH STREET NORTH
BIRMINGHAM, ALABAMA  35203

an answer to the complaint which is served on you with this summons, within __20   30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                           11/21/05

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

Precision CPAP, Inc.; MedicalPlace, Inc; , et al.

V.

Jackson HospitaL, Med-South, Inc., et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1096-B

TO: (Name and address of Defendant)

Baptist Health, Inc.
c/o W. Russell Tyner
President and CEO
P. O. Box 24401
Montgomery, Alabama 36124

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BRIAN M. CLARK, ESQ.
WIGGINS, CHILDS, QUINN & PANTAZIS
THE KRESS BUILDING
301 19TH STREET NORTH
BIRMINGHAM, ALABAMA 35203

an answer to the complaint which is served on you with this summons, within __~~20~~ 30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                              11/21/05
CLERK                                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **ALABAMA**

Precision CPAP, Inc.; MedicalPlace, Inc; , et al.

V.

Jackson HospitaL, Med-South, Inc., et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1096-B

TO: (Name and address of Defendant)

American Home Patient, Inc.
c/o Joseph F. Ferlong, III
President and CEO
5200 Maryland Way, Suite 400
Brentwood, Tennessee 37027

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BRIAN M. CLARK, ESQ.
WIGGINS, CHILDS, QUINN & PANTAZIS
THE KRESS BUILDING
301 19TH STREET NORTH
BIRMINGHAM, ALABAMA 35203

an answer to the complaint which is served on you with this summons, within ~~20~~ 30 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                           11/21/05

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

Precision CPAP, Inc.; MedicalPlace, Inc; , et al.

V.

Jackson HospitaL, Med-South, Inc., et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1096-B

TO: (Name and address of Defendant)

Baptist Ventures-American Home Patientt
c/o W. Russell Tyner
President and CEO
6240 Brukaker Boulevard
Montgomery, Alabama 36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BRIAN M. CLARK, ESQ.
WIGGINS, CHILDS, QUINN & PANTAZIS
THE KRESS BUILDING
301 19TH STREET NORTH
BIRMINGHAM, ALABAMA 35203

an answer to the complaint which is served on you with this summons, within ~~20~~ 30 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                11/21/05

CLERK                                           DATE

(By) DEPUTY CLERK