**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JACKSON HOSPITAL
c/o Donald Henderson, Chief Executive Officer
1722 Pine Street
Montgomery, Alabama 36106

S V C    05-1096

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Shirley Washington*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Shirley Washington    1/03.05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0002 5265 9912

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Brenda Basnight_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) BRENDA BASNIGHT   C. Date of Delivery 11-23-05 |
| 1. Article Addressed to:<br><br>Baptist Ventures-American Home Patient<br>c/o W. Russell Tyner, President and CEO<br>6240 Brubaker Boulevard<br>Montgomery, AL 36116<br><br>S&C     05-1096 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7003 3110 0003 2223 9730 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BAPTIST HEALTH, INC.
c/o W. Russell Tyner, President and CEO
P. O. Box 244001
Montgomery, Alabama 36124

54C  05-1096

2. Article Number
(Transfer from service label)   7004 1160 0002 5265 9967

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_
☒ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 11-23-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JMS Health Services, L.L.C. d/b/a Jackson-Med South Home Health
   c/o William T. Carlson, Jr.
   1722 Pine Street
   Montgomery, Alabama 36106

   SAC   05-1096

2. Article Number
   (Transfer from service label)   7004 1160 0002 5265 9950

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Melissa Burgess*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Melissa Burgess
C. Date of Delivery: 11-23-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): A. Johnsey  C. Date of Delivery: 11·25·05 |
| 1. Article Addressed to:<br><br>MED-SOUTH, INC.<br>c/o Patrick William, President and CEO<br>406 Medical Center Drive<br>Jasper, Alabama 35501<br><br>S&C 05-1096 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0002 5265 9929 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540