IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PRECISION CPAP, INC.; MEDICAL PLACE, INC.; PHASE III VANS, INC., d/b/a EAST MEDICAL EQUIPMENT AND SUPPLY; and MED-EX, <br><br> Plaintiffs, <br><br> v. <br><br> JACKSON HOSPITAL; MED-SOUTH, INC.; JMS HEALTH SERVICES, L.L.C., d/b/a JACKSON MED-SOUTH HOME HEALTH, L.L.C.; BAPTIST HEALTH, INC.; AMERICAN HOME PATIENT, INC.; BAPTIST VENTURES - AMERICAN HOME PATIENT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:05-cv-1096-C |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COME NOW Defendants Jackson Hospital, Med-South, Inc., JMS Health Services, L.L.C. d/b/a Jackson Med-South Home Health, L.L.C., Baptist Health, Inc., American Home Patient, Inc., and Baptist Ventures-American Home Patient, and move the Court for an extension of time to answer or otherwise respond to the Complaint pursuant to Rule 6(b), Fed. R. Civ. P., to and including January 31, 2006, and as grounds would state as follows:

1.   The extension of time will permit the Defendants to respond in a more orderly and uniform manner to the lengthy Complaint, which will inure to the benefit of the Court and all the parties.

2.   Defendants were individually served on different dates and establishing a single, common response date is desirable given that the Defendants are represented by different defense counsel.

1

3. Defense counsel has insufficient time to respond to the complex, 22-page Complaint filed herein, which alleges violations of the Sherman Act, the Clayton Act, 15 U.S.C. §§ 1, 2, 4, 15, 16, and 26, and Alabama Anti-Trust law, ALA. CODE § 6-5-60.

4. The requested extension will not delay the ultimate adjudication of this action.

5. Plaintiffs' counsel has authorized the undersigned to represent that the Plaintiffs have no objection to the requested extension.

**WHEREFORE**, the Defendants respectfully request that the Court extend the time for initial response to the Complaint until January 31, 2006.

Respectfully submitted this the 1st day of December, 2005.

    s/ James E. Williams
    James E. Williams / ASB-9283-W84J
    One of the Attorneys for Defendants **Baptist Health, American Home Patient, Inc. and Baptist Ventures-American Home Patient**
    Melton, Espy & Williams, PC
    301 Adams Avenue
    Montgomery, AL 36104
    Telephone: (334) 263-6621
    Facsimile: (334) 269-9515
    jwilliams@mewlegal.com

    s/ Dennis R. Bailey
    Dennis R. Bailey / ASB-4845-I71D
    One of the Attorneys for Defendants **Jackson Hospital; JMS Health Services, L.L.C. dba Jackson Med-South Home Health L.L.C.**
    Rushton, Stakely, Johnston & Garrett, P.A.
    184 Commerce Street
    Montgomery, AL 36104
    Telephone: (334) 206-3100
    Fax: (334) 262-6277
    drb@rsjg.com

        s/ Mike Carlson
        Mike Carlson / ASB-5825-A62W
        One of the Attorneys for Defendants **JMS Health Services, L.L.C. dba Jackson Med-South Home Health L.L.C. and Med-South, Inc.**
        William Carlson & Associates, P.C.
        Post Office Box 660955
        Birmingham, AL 35266
        Telephone: (205) 823-1842
        Fax: (205) 823-8242
        wtcpilot@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 1st day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

*Attorney for Plaintiffs:*
Brian M. Clark
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street North
Birmingham, AL 35203
bclark@wcqp.com

        s/ James E. Williams
        OF COUNSEL
        James E. Williams (WIL071)
        Attorney for Defendants **Baptist Health, American Home Patient, Inc. and Baptist Ventures-American Home Patient**
        Melton, Espy & Williams, PC
        301 Adams Avenue
        Montgomery, AL 36104
        Telephone: (334) 263-6621
        Facsimile: (334) 269-9515
        jwilliams@mewlegal.com