**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 7, 2005

NOTICE OF REASSIGNMENT

Re:  Precision CPAP, Inc., et al. vs. Jackson Hospital, et al.
     Civil Action No. 2:05cv1096

The above-styled case has been reassigned to Judge Myron H. Thompson..

Please note that the case number is now 2:05cv1096-T.  This new case number should be used on all future correspondence and pleadings in this action.