IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

PRECISION CPAP, INC., )
et al., )
                             )
    Plaintiffs, )
                             )    CIVIL ACTION NO.
    v. )       2:05cv1096-T
                             )
JACKSON HOSPITAL, et al., )
                             )
    Defendants. )

ORDER

It is ORDERED that the motion for extension of time to respond (Doc. No. 4) is granted as requested.

DONE, this the 13th day of December, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE