IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PRECISION CPAP, INC., et al., ) ) ) Plaintiffs, ) ) v. ) ) JACKSON HOSPITAL, et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:05cv1096-T |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 8) is granted.

DONE, this the 16th day of December, 2005.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE