IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PRECISION CPAP, INC., et al., ) ) ) Plaintiffs, ) ) v. ) ) JACKSON HOSPITAL, et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:05cv1096-T |

ORDER

It is ORDERED that the motion for order (Doc. No. 10) is set for submission, without oral argument, on January 31, 2006, with all briefs due by said date.

DONE, this the 20th day of January, 2006.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE