IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PRECISION CPAP, INC.,        )
et al.,                      )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )      2:05cv1096-MHT
                             )
JACKSON HOSPITAL, et al.,    )
                             )
    Defendants.              )
```

## ORDER

It is ORDERED that the motion to dismiss (Doc. No. 13) is set for submission, without oral argument, on February 24, 2006, with all briefs due by said date.

DONE, this the 1st day of February, 2006.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE