IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PRECISION CPAP, INC.,        )
et al.,                      )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )      2:05cv1096-MHT
                             )
JACKSON HOSPITAL, et al.,    )
                             )
    Defendants.              )
```

ORDER

There being no objections, it is ORDERED that the motion for order that joint defense activities are not evidence of violation of antitrust laws (Doc. No. 10) is granted as requested.

DONE, this the 2nd day of February, 2006.


　　　　　　/s/ Myron H. Thompson
　　　　UNITED STATES DISTRICT JUDGE