## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **PRECISION CPAP, INC.;** ) | |
| **MEDICAL PLACE, INC.; PHASE III** ) | |
| **VANS, INC., d/b/a EAST MEDICAL** ) | |
| **EQUIPMENT AND SUPPLY; and** ) | |
| **MED-EX,** ) | |
| ) | |
| **Plaintiffs.** ) | **Civil Action No:** |
| ) | **2:05-CV-1096-MHT-DRB** |
| ) | |
| ) | |
| **v.** ) | **JURY TRIAL DEMANDED** |
| ) | |
| **JACKSON HOSPITAL; MED-SOUTH,** ) | |
| **INC.; JMS HEALTH SERVICES, L.L.C.** ) | |
| **d/b/a JACKSON MED-SOUTH HOME** ) | |
| **HEALTH, L.L.C.; BAPTIST HEALTH,** ) | |
| **INC.; AMERICAN HOME PATIENT,** ) | |
| **INC; BAPTIST VENTURES -** ) | |
| **AMERICAN HOME PATIENT;** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR BRIEFING SCHEDULE

Currently pending is Defendants' Motion to Dismiss. The Court entered a Order setting a submission date of February 24, 2006. Plaintiffs hereby request, without opposition, and with the concurrence of defense counsel, that they be given until March 3, 2006 to file any response brief, and then Defendants be allowed until March 17, 2006 to file any reply brief.

Respectfully submitted,


s/Brian M. Clark
Brian M. Clark (ASB-5319-R78B)
*Attorney for Plaintiffs*

**OF COUNSEL:**

WIGGINS, CHILDS, QUINN
 & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile:   (205) 254-1500
Email address: bclark@wcqp.com

**OF COUNSEL:**

DWAYNE L. BROWN
5926 Carmichael Road, Suite C
Montgomery, Alabama 36123-02058
Email address: dbrown@dbrownatty.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing via CMF Electronic Filing System and/or by U. S. Mail, properly addressed and postage prepaid upon the following:

James E. Williams, Esq.
Melton, espy & Williams, P.C.
301 Adams Avenue
Montgomery, Alabama 36104

Glenn B. Rose, Esq.
Harwell, Howard, Hyne, Gabbert
 & Manner, P.C.
315 Deaderick Street, Suite 1800
Nashville, Tennessee 37238

Dennis R. Bailey
Ruston, Stakely, Johnston
 & Garrett, P.A.
184 Commerce Street
Montgomery, Alabama 36104

Mike Carlson
William Carlson & Associates, P.C.
Post Office Box 660955
Birmingham, Alabama 35266


                                             s/Brian M. Clark
                                             Of Counsel