```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

PRECISION CPAP, INC.,        )
et al.,                      )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )      2:05cv1096-MHT
                             )
JACKSON HOSPITAL, et al.,    )
                             )
    Defendants.              )

## ORDER

It is ORDERED as follows:

(1) The motion for briefing schedule (Doc. No. 17) is granted.

(2) The motion to dismiss (Doc. No. 13) is reset for submission, without oral argument, on March 17, 2006, with plaintiffs' brief due by March 3, 2006, and defendants' reply brief due by March 17, 2006.

DONE, this the 21st day of February, 2006.

                      /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE