IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **PRECISION CPAP, INC. et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv1096-MHT |
| **JACKSON HOSPITAL, et al.,** | ) ) ) | |
| Defendants. | ) | |

### ORDER

In light of the parties' Rule 26(f) report (Doc. No. 19), it is ORDERED that an on-the-record scheduling conference is set for March 7, 2006, at 8:30 a.m. Counsel for plaintiffs are to arrange for the conference to be conducted by telephone.

DONE, this the 27th day of February, 2006.

　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**