IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PRECISION CPAP, INC.; MEDICAL PLACE, INC.; PHASE III VANS, INC., d/b/a EAST MEDICAL EQUIPMENT AND SUPPLY; and MED-EX, | ) ) ) ) ) | |
| Plaintiffs. | ) ) ) ) | Civil Action No: 2:05-CV-1096-MHT-DRB |
| v. | ) ) | JURY TRIAL DEMANDED |
| JACKSON HOSPITAL; MED-SOUTH, INC.; JMS HEALTH SERVICES, L.L.C. d/b/a JACKSON MED-SOUTH HOME HEALTH, L.L.C.; BAPTIST HEALTH, INC.; AMERICAN HOME PATIENT, INC; BAPTIST VENTURES - AMERICAN HOME PATIENT; | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO AMEND COMPLAINT**

COME NOW, Plaintiffs in the above-referenced case, and move this Court for Leave To Amend the Complaint in this action in conformity with the First Amended Complaint attached hereto as Exhibit A.

1. The Federal Rules of Civil Procedure provide that leave to amend a complaint, "shall be freely given when justice so requires." Fed. R. Civ. P. 15. The rule contemplates that leave should be granted unless there is a "substantial reason to deny it." Halliburton & Associates,

Inc., v. Henderson Few & Co., 774 F.2d 441, 443(11th Circuit 1995), Citing Epsey v. Wainwright, 734 F.2d. 748(11th Circuit 1984).

    2.    Plaintiff's First Amended Complaint does not differ greatly from the Complaint currently operative in this case.  Factual allegations are simply made more specific in order to meet some concerns raised by Defendants in their Motion to Dismiss.

    3.    This Motion To Amend comes very early in the case, before a Scheduling Order has ever been entered in the case, and no party will be prejudiced thereby.

WHEREFORE, because Fed. R. Civ. P. 15 provides for liberal amendments of pleadings, because the amendment does not change the nature of the action, and because the amendment comes very early in the case, Plaintiffs respectfully request that the Complaint be amended in conformity with the First Amended Complaint attached hereto.

        Respectfully,

        s/Brian M. Clark
        Brian M. Clark (ASB-5319-R78B)
        *Attorney for Plaintiffs*

**OF COUNSEL:**

WIGGINS, CHILDS, QUINN
 & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile:   (205) 254-1500
Email address: bclark@wcqp.com

**OF COUNSEL:**

DWAYNE L. BROWN
5926 Carmichael Road, Suite C
Montgomery, Alabama 36123-02058
Email address: dbrown@dbrownatty.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via CMF Electronic Filing System and/or by U. S. Mail, properly addressed and postage prepaid upon the following:

James E. Williams, Esq.
Melton, Espy & Williams, P.C.
301 Adams Avenue
Montgomery, Alabama 36104

Glenn B. Rose, Esq.
Harwell, Howard, Hyne, Gabbert
 & Manner, P.C.
315 Deaderick Street, Suite 1800
Nashville, Tennessee 37238

Dennis R. Bailey
Ruston, Stakely, Johnston
 & Garrett, P.A.
184 Commerce Street
Montgomery, Alabama 36104

Mike Carlson
William Carlson & Associates, P.C.
Post Office Box 660955
Birmingham, Alabama 35266

Done this 3rd day of March, 2006.

s/Brian M. Clark
Of Counsel