# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MYRON H. THOMPSON,  JUDGE            AT  MONTGOMERY,  ALABAMA

DATE COMMENCED  MARCH 7, 2006             AT     8:35      A.M./P.M.

DATE COMPLETED  MARCH 7, 2006             AT     8:44      A.M./P.M.

```
PRECISION CPAP, INC, et al       )
                                 )
        Plaintiffs               )
                                 )
   v                             )   CA No. 2:05-cv-1096-MHT
                                 )
JACKSON HOSPITAL, et al          )
                                 )
        Defendant                )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Atty Brian Clark | X | Attys Dennis Bailey, James |
| | X | Williams, William Carlson, Jr, |
| | X | Glenn Rose |
| | X | |

COURT OFFICIALS PRESENT:

| Kevin Kish, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:   SCHEDULING CONFERENCE

8:35 a.m.    Telephone scheduling conference commenced (on the record).
     I    Plaintiffs' Motion to Amend Complaint (dn 21):
          Defendants object to amendment; motion to amend will be
          granted.
     II   Defendants' Motion to Dismiss (dn 13):
          Additional motion to dismiss will be filed by March 24,
          2006 (as to amended complaint); scheduling order will
          issue thereafter.
     III  Scheduling Issue:
          Rule 26(f) Report has been filed by the parties;
          proposed deadlines for motions are incorporated in the
          report; Court will issue an order adopting dates in the
          report (as agreed by the parties).
8:44 a.m.    Conference concluded.