IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PRECISION CPAP, INC., et al., ) ) ) Plaintiffs, ) ) v. ) ) JACKSON HOSPITAL, et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:05cv1096-MHT |

### ORDER

Based on the representations made during an on-the-record scheduling conference held on March 7, 2006, it is ORDERED as follows:

(1) Plaintiffs' motion to amend (Doc. No. 21) is granted.

(2) Defendants' motion to dismiss (Doc. No. 13) is denied with leave to renew by March 24, 2006.

DONE, this the 7th day of March, 2006.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE