IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PRECISION CPAP, INC., ) | |
| et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv1096-MHT |
| ) | |
| JACKSON HOSPITAL, et al., ) | |
| ) | |
| Defendants. ) | |

SCHEDULING ORDER

Based on the representations made during an on-the-record scheduling conference held on March 7, 2006, it is ORDERED that the deadlines and obligations set forth in the Rule 26(f) report (Doc. No. 19) are adopted by the court and the parties are to comply with all.  Pretrial and trial dates and deadlines for motions on 'non-preliminary issued' will be set later, after the court has resolved the 'preliminary issues.'

DONE, this the 7th day of March, 2006.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE