IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PRECISION CPAP, INC.,       )
et al.,                     )
                            )
    Plaintiffs,             )
                            )       CIVIL ACTION NO.
    v.                      )       2:05cv1096-MHT
                            )
JACKSON HOSPITAL, et al.,   )
                            )
    Defendants.             )
```

## ORDER

It is ORDERED that the motion to dismiss (Doc. No. 27) is set for submission, without oral argument, on April 14, 2006, with all briefs due by said date.

DONE, this the 27th day of March, 2006.

      /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE