IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**PRECISION CPAP, INC., et al,**

    **Plaintiffs**

**vs.**

**JACKSON HOSPITAL, et al,**

    **Defendants**

### DEFENDANT MED-SOUTH, INC.'S
### INITIAL RULE 26(a)(1) DISCLOSURES

Comes now Defendant Med-South, Inc. and pursuant to Fed. R. Civ. P. 26(a)(1), by and through its attorney, respectfully submits the following initial disclosures:

**A.** **Identity of Persons Likely to Have Discoverable Information To Support Defenses.**

**Response:** William C. Merrick and Stewart H. Pace, both Senior Vice-Presidents of Med-South, Inc. These individuals may be contacted through undersigned counsel.

**B.** **Description of Documents in Defendant's Control That May Support Defenses in this Case.**

**Response:** Defendant Med-South, Inc. has made an initial determination that it does not have within its possession records

pertaining to this case. Defendant Med-South will supplement this response if new information becomes available.

**C.    Computation of Damages.**

    **Response:**   None.

**D.    Available Insurance That May be Available in this Matter.**

    **Response:**   None.

Respectfully submitted this 6th day of April, 2006.

    _/s/ William T. Carlson, Jr.
William T. Carlson, Jr. (ASB-5825-A62W)
Attorney for Defendant
Med-South, Inc.

**Of Counsel:**

WILLIAM CARLSON & ASSOCIATES, P.C.
347 VESCLUB DRIVE
P.O. BOX 660955
BIRMINGHAM, ALABAMA 35216 (35266)
(205) 823-1842 (Telephone)
(205) 823-8242 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

    Mr. Brian M. Clark
    Wiggins, Childs, Quinn & Pantazis
    301 Nineteenth Street, North
    Birmingham, Alabama 35203

    Mr. Dwayne L. Brown
    P.O. Box 230205
    Montgomery, Alabama 36123

    Mr. James E. Williams
    Melton, Espy & Williams
    P.O. Drawer 5130
    Montgomery, Alabama 36103

    Mr. Dennis R. Bailey
    Ruston, Stakely, Johnston & Garrett
    184 Commerce Street
    Montgomery, Alabama 36101

    /s/ William T. Carlson, Jr.
    William T. Carlson, Jr.
    Of Counsel