IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PRECISION CPAP, INC.;** | ) | |
| **MEDICAL PLACE, INC.;** | ) | |
| **PHASE III VANS, INC. d/b/a** | ) | |
| **EAST MEDICAL EQUIPMENT** | ) | |
| **AND SUPPLY; and MED-EX,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.:** |
| | ) | **2:05-cv-1096** |
| **JACKSON HOSPITAL;** | ) | |
| **MED-SOUTH, INC.; JMS** | ) | |
| **HEALTH SERVICES, L.L.C. d/b/a** | ) | |
| **JACKSON MED-SOUTH HOME** | ) | |
| **HEALTH, L.L.C.; BAPTIST** | ) | |
| **HEALTH, INC.; AMERICAN** | ) | |
| **HOME PATIENT, INC.;** | ) | |
| **BAPTIST VENTURES-** | ) | |
| **AMERICAN HOME PATIENT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**UNOPPOSED MOTION TO EXTEND
SUBMISSION DATE DEADLINE**

**COME NOW** Plaintiffs in the above-referenced case and move, without opposition, to extend the current submissions deadline on Defendants' Motion to Dismiss First Amended Complaint from April 14, 2006 to April 21, 2006. As grounds for this motion, Plaintiffs state that Plaintiffs' counsel has a pre-planned family event he would like to attend, the granting of this motion will prejudice no

party, and Defendants do not oppose this motion.

                                                      RESPECTFULLY SUBMITTED,


                                                    /s/ Brian M. Clark
                                                    Brian M. Clark
                                                    Attorney for Plaintiffs

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35023
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

**OF COUNSEL:**
DWAYNE L. BROWN
5926 Carmichael Road, Suite C
Montgomery, Alabama 36123-02058
Email address: dbrown@dbrownatty.com


## CERTIFICATE OF SERVICE

        I hereby certify that I have served a copy of the foregoing via CMF Electronic Filing System and/or by U. S. Mail, properly addressed and postage prepaid upon the following:

        James E. Williams, Esq.
        Melton, Espy & Williams, P.C.
        301 Adams Avenue
        Montgomery, Alabama 36104


        Glenn B. Rose, Esq.
        Harwell, Howard, Hyne, Gabbert

 & Manner, P.C.
315 Deaderick Street, Suite 1800
Nashville, Tennessee 37238

Dennis R. Bailey
Ruston, Stakely, Johnston
 & Garrett, P.A.
184 Commerce Street
Montgomery, Alabama 36104

Mike Carlson
William Carlson & Associates, P.C.
Post Office Box 660955
Birmingham, Alabama 35266

Done this  7th  day of April, 2006.

                                                   s/Brian M. Clark
                                                 Of Counsel