IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PRECISION CPAP, INC., ) | |
| et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:05cv1096-MHT |
| ) | |
| JACKSON HOSPITAL, et al., ) | |
| ) | |
|    Defendants. ) | |

                           ORDER

It is ORDERED that the motion to extend (Doc. No. 31) is granted as requested.

DONE, this the 10th day of April, 2006.


                             /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE