# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PRECISION CPAP, INC.;** ) | |
| **MEDICAL PLACE, INC.;** ) | |
| **PHASE III VANS, INC. d/b/a** ) | |
| **EAST MEDICAL EQUIPMENT** ) | |
| **AND SUPPLY; and MED-EX,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **2:05-cv-1096** |
| **JACKSON HOSPITAL;** ) | |
| **MED-SOUTH, INC.; JMS** ) | |
| **HEALTH SERVICES, L.L.C. d/b/a** ) | |
| **JACKSON MED-SOUTH HOME** ) | |
| **HEALTH, L.L.C.; BAPTIST** ) | |
| **HEALTH, INC.; AMERICAN** ) | |
| **HOME PATIENT, INC.;** ) | |
| **BAPTIST VENTURES-** ) | |
| **AMERICAN HOME PATIENT,** ) | |
| ) | |
| **Defendants.** ) | |

## UNOPPOSED MOTION TO EXTEND DEADLINES

Plaintiffs in the above referenced-case hereby move, without opposition from Defendants, and after conferring with defense counsel, to extend the deadlines for discovery, retained expert reports, expert depositions, and for motions and briefing related to the preliminary issues regarding product market in this anti-trust case by sixty days. As grounds for this Motion, Plaintiffs, after conferring with defense

counsel, state the following.

1. The parties have been conducting written discovery in this case. That written discovery has taken some time due to the nature of the requests and the documents that needed to be culled through by Defendants. Defendants were given extra time to respond to written discovery, and Plaintiff s must now inspect voluminous documents. There are some issues concerning discovery, and it is hoped that an extension of time will allow the parties to work through discovery disagreements without court intervention.

2. Currently pending is Defendants' Motion to Dismiss. The ruling on this Motion will greatly influence the scope of the discovery. Extending the deadlines for sixty days will allow the parties to narrow the scope of what discovery is necessary in the case saving all parties time and expense.

3. No party will be prejudiced by the granting of this Motion, and this Motion will not extend the trial date in this case.

WHEREFORE, because Plaintiffs make this Motion without objection from Defendants, and with consent of Defendants, and because an extension will allow for the thorough and orderly progression of discovery in this case, and will not extend the trial date, Plaintiffs hereby request that the deadlines for the disclosure of Plaintiffs' expert information currently set for August 1, 2006, for non-expert discovery on the

preliminary issues currently set for September 1, 2006, the deadline for Plaintiffs' expert deposition currently set for September 15, 2006, the deadline for Defendants' expert report currently set for October 1, 2006, the deadline for defense experts to be deposed currently set for November 15, 2006, and the deadlines for motions and briefing on the preliminary issues, currently beginning on December 15, 2006 be extended for sixty (60) days .

                                        Respectfully Submitted,


                                        s/Brian M. Clark
                                        Brian M. Clark (ASB-5319-R78B)
                                        *Attorney for Plaintiffs*



**OF COUNSEL:**

WIGGINS, CHILDS, QUINN
 & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile:   (205) 254-1500
Email address: bclark@wcqp.com


**OF COUNSEL:**

DWAYNE L. BROWN

5926 Carmichael Road, Suite C
Montgomery, Alabama 36123-02058
Email address: dbrown@dbrownatty.com

# **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing via CMF Electronic Filing System and/or by U. S. Mail, properly addressed and postage prepaid upon the following:

James E. Williams, Esq.
Melton, Espy & Williams, P.C.
301 Adams Avenue
Montgomery, Alabama 36104

Glenn B. Rose, Esq.
Harwell, Howard, Hyne, Gabbert
 & Manner, P.C.
315 Deaderick Street, Suite 1800
Nashville, Tennessee 37238

Dennis R. Bailey
Ruston, Stakely, Johnston
 & Garrett, P.A.
184 Commerce Street
Montgomery, Alabama 36104

Mike Carlson
William Carlson & Associates, P.C.
Post Office Box 660955
Birmingham, Alabama 35266

     Done this 3rd day of July, 2006.

                                                s/Brian M. Clark
                                                Of Counsel