IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PRECISION CPAP, INC.,        )
et al.,                      )
                             )
    Plaintiffs,              )
                             )     CIVIL ACTION NO.
    v.                       )     2:05cv1096-MHT
                             )
JACKSON HOSPITAL, et al.,    )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion to extend deadlines (Doc. No. 34) is granted.

DONE, this the 25th day of July, 2006.

　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE