IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PRECISION CPAP, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:05-CV-1096-MHT |
| | ) | |
| JACKSON HOSPITAL, et al., | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

For good cause, it is **ORDERED** that the *Motion to Quash Subpoena* filed on August 18, 2006, by Lincare, Inc., (Doc. 36), is *set for telephone conference with counsel for all interested parties, at 10:30 a.m. on August 25, 2006.*

Counsel for the movant shall initiate the conference call *or* provide prior notice to the court if the parties resolve this dispute pursuant to his reported representation that "notwithstanding [asserted objections to the subpoena], counsel for Lincare Inc. is working with counsel for Baptist Ventures-American Home Patient and American Home Patient, Inc. to resolve issues related to the production of items sought in the non-party subpoena." (*Mot.*, ¶ 6)

Done this 21st day of August, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE