## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

} ss.

**MIDDLE DISTRICT OF TENNESSEE**

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY that **JOHN DAVID MCDOWELL** was duly admitted to practice in said Court on **June 12, 2006**, and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on August 23, 2006



KEITH THROCKMORTON, CLERK

By _____
Deputy Clerk



**EXHIBIT A**