IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PRECISION CPAP, INC.; MEDICAL PLACE, INC.; PHASE III VANS, INC., d/b/a EAST MEDICAL EQUIPMENT AND SUPPLY; and MED-EX, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:05-CV-1096-MHT-DRB Judge Thompson Magistrate Boyd |
| Plaintiffs, | | |
| vs. | | |
| JACKSON HOSPITAL; MED-SOUTH, INC.; JMS HEALTH SERVICES, L.L.C., d/b/a JACKSON MED-SOUTH HOME HEALTH, L.L.C.; BAPTIST HEALTH, INC.; AMERICAN HOME PATIENT, INC.; BAPTIST VENTURES-AMERICAN HOME PATIENT, | | |
| Defendants. | | |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

Pending before this Court is the Motion for J. David McDowell to be admitted *pro hac vice* in the above-captioned case. The Court, having considered the merits of the Motion, finds that the Motion is well taken and should be granted.

It is therefore ORDERED that J. David McDowell is hereby granted admission to appear *pro hac vice* on behalf of American Home Patient, Inc., Baptist Health, Inc. and Baptist Ventures-American Home Patient in the above-styled action.

ENTERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

370944-1