IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PRECISION CPAP, INC.,        )
et al.,                      )
                             )
    Plaintiffs,              )
                             )         CIVIL ACTION NO.
    v.                       )         2:05cv1096-MHT
                             )
JACKSON HOSPITAL, et al.,    )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 39) is granted.

DONE, this the 25th day of August, 2006.

              /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE