## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| PRECISION CPAP, INC.;<br>MEDICAL PLACE, INC.;<br>PHASE III VANS, INC. d/b/a<br>EAST MEDICAL EQUIPMENT<br>AND SUPPLY;<br>AND MED-EX,<br><br>       **Plaintiffs,**<br><br>   **v.**<br><br>JACKSON HOSPITAL;<br>MED-SOUTH, INC.;<br>JMS HEALTH SERVICES,<br>L.L.C. d/b/a/ JACKSON MED-<br>SOUTH HOME HEALTH,<br>L.L.C.; BAPTIST HEALTH,<br>INC.; AMERICAN HOME<br>PATIENT, INC.; BAPTIST<br>VENTURES-AMERICAN HOME<br>PATIENT,<br><br>      **Defendants.** | CIVIL ACTION NO.<br>2:05-cv-1096 |

## NOTICE OF APPEARANCE

Brett Adair provides notice of his appearance as additional counsel for

Defendant Med-South, Inc. and JMS Health Services, L.L.C. d/b/a Jackson

Med-South Home Health, L.L.C. Mike Carlson will continue to defend

Med-South, Inc. Mike Carlson and Dennis Bailey will continue their joint

representation of JMS Health Services, L.L.C. d/b/a Jackson Med-South

Home Health, L.L.C.

Respectfully Submitted,

s/Brett Adair
Brett Adair
William T. Carlson, Jr.
CARLSON & ADAIR, L.L.C.
Post Office Box 660955
Birmingham, Alabama 35266
(205) 823-8742
Brett@CarlsonAdair.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing via CMF Electronic Filing System upon the following:

Brian M. Clark
Wiggins, Childs, Quinn, & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

Dwayne L. Brown
5926 Carmichael Road, Suite C
Montgomery, Alabama 36123-02058

James E. Williams, Esq.
Melton, Espy & Williams, P.C.
301 Adams Avenue
Montgomery, Alabama 36104

Glenn B. Rose, Esq.
Harwell, Howard, Hyne, Gabbert
 & Manner, P.C.
315 Deaderick Street, Suite 1800
Nashville, Tennessee 37238

Dennis R. Bailey
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
Montgomery, Alabama 36104

Done this 28th day of September, 2006.

s/Brett Adair
Of Counsel