IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| PRECISION CPAP, INC., et al., ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO. |
| v. ) ) | 2:05cv1096-MHT |
| JACKSON HOSPITAL, et al., ) ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motion to suspend (Doc. No. 43)

is granted.

DONE, this the 26th day of September, 2007.


                /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE