IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE
DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PRECISION CPAP, INC., ET AL., <br><br> **Plaintiff,** <br><br> v. <br><br> JACKSON HOSPITAL, ET AL.,, <br><br> **Defendant.** | CASE NO. <br> 2:05cv1096-MHT |

## NOTICE OF ADDRESS CHANGE

Brett Adair, Counsel for Defendants, provides notice of his address change:

>Carlson & Adair, LLC
>The Highland Building
>2201 Arlington Avenue South
>Birmingham, AL 35205.


>/s/Brett Adair
>Brett Adair
>Attorney for Defendants Med-South, Inc.
>and JMS Health Services, L.L.C. d/b/a
>Jackson Med-South Home Health, L.L.C.

**OF COUNSEL:**
CARLSON & ADAIR, L.L.C.
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205
Tel. (205) 933-8484
Fax (205) 933-8286


Mike Carlson
WILLIAM CARLSON & ASSOCIATES
P.O. Box 660955
Birmingham, AL 35266
Tel. (205) 823-1842
Fax (205) 823-8242

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed a copy of the foregoing with the Clerk of this Court using the CM/ECF method of filing which will forward a copy of same to the following counsel of record:

Brian M. Clark
Wiggins, Childs, Quinn, & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

James E. Williams, Esq.
Melton, Espy & Williams, P.C.
301 Adams Avenue
Montgomery, Alabama 36104

Glenn B. Rose, Esq.
Harwell, Howard, Hyne, Gabbert & Manner, P.C.
315 Deaderick Street, Suite 1800
Nashville, Tennessee 37238

Dennis R. Bailey
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
Montgomery, Alabama 36104

I also served a copy of the foregoing by first-class mail on:

Dwayne L. Brown, Esq.
5926 Carmichael Road, Suite C
Montgomery, Alabama 36123-02058

This the 4th day of January, 2008.

                                                        /s/ Brett Adair
                                                        OF COUNSEL