IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PRECISION CPAP, INC.; ) <br> MEDICAL PLACE, INC.; PHASE ) <br> III VANS, INC. d/b/a EAST ) <br> MEDICAL EQUIPMENT AND ) <br> EQUIPMENT AND SUPPLY; and ) <br> MED-EX, ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> JACKSON HOSPITAL; MED-SOUTH ) <br> INC.; JMS HEALTH SERVICES, ) <br> LLC, d/b/a JACKSON MED- ) <br> SOUTH HOME HEALTH, LLC,; ) <br> BAPTIST HEALTH, INC.; ) <br> BAPTIST VENTURES-AMERICAN ) <br> HOME PATIENT; ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 2:05cv1096-MHT <br> (WO) |

## JUDGMENT

In accordance with the memorandum entered this date, it is ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (Doc. No. 27) is granted and that this cause is dismissed.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of March, 2010.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE